IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 00-cv-00612-RPM

NEW TIMES, INC.,
JUSTIN RUEB,
ROY HERNANDEZ,
CESAR CABRERA, JR.,
MICHAEL HARVEY,
DEON EDWARDS,
VERNON TEMPLEMAN,
LARRY SCOTT,
RAYMOND CAIN,
LARRY UPTON,
JACOB OAKLEY,
PATRICK PLACENSIO,
SHAWN SHIELDS,
GEORGE SHANKLIN,
RICKY MAES and
ALPHONSO CAESAR,

       Plaintiffs,

v.

ARISTEDES ZAVAS, in his official capacity as EXECUTIVE DIRECTOR OF THE COLORADO DEPARTMENT OF CORRECTIONS, and
SUSAN JONES , Warden of the Colorado State Penitentiary,

       Defendants.

---

## ORDER FOR DEFENDANTS TO RESPOND
---

Upon review of the Motion to Enforce Consent Decree, filed May 13, 2009 Doc. [159], it is

ORDERED that the defendants, through the Colorado Attorney General, shall respond to this motion, as attached to this Order, on or before June 22, 2009.

DATED: May 26th , 2009

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF MAILING

Civil Action No. 00-cv-00612-RPM

The undersigned certifies that a copy of the forgoing Order and Motion to Enforce was served by depositing the same in the U.S. Mail, postage prepaid, addressed to:

Justin Rueb
#94567
Colorado State Penitentiary
PO Box 777
Canon City, CO 81215

Ray Hernandez
#57239
Colorado State Penitentiary
PO Box 777
Canon City, CO 81215

Michael Harvey
#119108
Colorado State Penitentiary
PO Box 777
Canon City, CO 81215

Larry Scott
#56289
Colorado State Penitentiary
PO Box 777
Canon City, CO 81215

Ricky Maes
#127326
Colorado State Penitentiary
PO Box 777
Canon City, CO 81215

Cesar Cabrera
#114314
Colorado State Penitentiary
PO Box 777
Canon City, CO 81215

Deon Edwards
#60080
Colorado State Penitentiary
PO Box 777
Canon City, CO 81215

Raymond Cain
#88807
Colorado State Penitentiary
PO Box 777
Canon City, CO 81215

Alphonso Caesar
#57746
Colorado State Penitentiary
PO Box 777
Canon City, CO 81215

Vernon Templeman
#57255
Colorado State Penitentiary
PO Box 777
Canon City, CO 81215

Patrick Placensio
#66074
Colorado State Penitentiary
PO Box 777
Canon City, CO 81215

Jacob Oakley
#123924
Colorado State Penitentiary
PO Box 777
Canon City, CO 81215

Larry Upton
#118846
Colorado State Penitentiary
PO Box 777
Canon City, CO 81215

2

Shawn Shields
#69301
Colorado State Penitentiary
PO Box 777
Canon City, CO 81215

George Shanklin
#60141
Colorado State Penitentiary
PO Box 777
Canon City, CO 81215

GREGORY C. LANGHAM

By: _____s/J. Chris Smith_____
      Deputy Clerk

3