IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 00-cv-00612-RPM

NEW TIMES INC.,
ASSOCIATION OF ALTERNATIVE NEWSWEEKLIES,
DARK NIGHT PRESS,
CLAY DOUGLAS,
LARRY RICE,
DORET KOLLERER,
CHRISTINE DONNER,
MAOIST INTERNATIONAL MOVEMENT,
BARRIO DEFENSE COMMITTEE,
ANTHONY LUCERO,
MAXWELL THOMAS,
DANIEL HERNANDEZ,
ARTHUR MCCRAY,
GEORGE MOORE,
TRAVIS COLVIN, and
MARTIN WILLIAMS,

    Plaintiffs,

v.

JOE ORTIZ, in his official capacity as
EXECUTIVE DIRECTOR OF THE COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

---

ORDER TO CURE DEFICIENCY

---

Matsch, Senior Judge

  Justin Rueb, a non party, submitted a Notice of Appeal on November 13, 2009. The court has determined that the document is deficient as described in this order. Justin Rueb will be directed to cure the following if he wishes to pursue this appeal.

**(A) Filing Fee**

     X  is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
   X  is not submitted
   __  is missing affidavit
   __  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
   __  is missing required financial information
   __  is missing an original signature by the prisoner
   __  is not on proper form (must use the court's current form)
   __  other_____

Accordingly, it is

  ORDERED that Justin Rueb cure the deficiencies designated above within 30 days from the date of this order. Any papers that Justin Rueb filed in response to this order must include the civil action number on this order. It is

  FURTHER ORDERED that the Clerk of the Court mail to Justin Rueb, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

  FURTHER ORDERED that, if Justin Rueb fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

  DATED at Denver, Colorado this 19th day of November, 2009.

            BY THE COURT:

            s/Richard P. Matsch
            _____
            SENIOR JUDGE, UNITED STATES DISTRICT
            COURT FOR THE DISTRICT OF COLORADO